■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN MARTIN, Alias BENJAMIN WINCEK, Appellant.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ. [1 Misc 2d 76.]

## (March 12, 1959)

■ ANNA LAKOWITZ et al., Respondents, v. MARLIN GARDENS, INC., Appellant.— Order reversed, with $20 costs and disbursements to the appellant and the motion to vacate the order of dismissal for failure to prosecute denied, with $10 costs, on the ground that there is no showing of a cause of action in the affidavit of merits. Concur — Breitel, Valente and McNally, JJ.; Botein, P. J., and Rabin, J., dissent and vote to affirm.

■ MARILYN BRODY, Appellant, v. MICHAEL I. BRODY, Respondent.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of 225 EAST 70TH STREET CORP. against ROBERT C. WEAVER, as State Rent Administrator.— Motion for leave to reargue denied but motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Botein, P. J., Breitel, Rabin, McNally and Bergan, JJ.

■ C. GERARD DODGE v. FREDERICK W. RICHMOND.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CARL EDELSON.— Motion for leave to reargue appeals denied. Concur — Rabin, J. P., Valente, McNally, Stevens and Bastow, JJ.

■ DE LILLO CONSTRUCTION Co., INC., v. LIZZA & SONS, INC., et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ THOMAS BORNSTEIN v. RALPH H. LEVINE et al.— Motion for leave to reargue appeal denied, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.

■ In the Matter of LUCIEL ALLEN against ROBERT ALLEN.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ HOWARD P. KAHN v. ARTHUR M. SELTZER et al.,— Application denied. with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ CONNECTICUT INVESTORS CORPORATION v. ERWIN STRASSER et al.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ BOND STORES, INC. v. AMERICAN UNION INSURANCE COMPANY OF NEW YORK.— Application granted. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ CORINNE C. WATERMAN v. DORIS BYRNE et al.— Motion to dismiss appeals denied, without costs, with leave, however, to renew upon the argument of the appeals. Concur — Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.